SRD USAO 2019R00779

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal Number: JKB 23cr43 |
| | ) | |
| v. | ) | Possession with Intent to Distribute Controlled |
| | ) | Substances, 21 U.S.C. § 841(a)(1) |
| **MISTY DAWN LOWERY** | ) | |
| | ) | |

### INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

### INTRODUCTION

At all times relevant to this Information:

1. Defendant **MISTY DAWN LOWERY ("LOWERY")** was a resident of Oldtown, Maryland.

2. **LOWERY** was a Correctional Dietary Officer at the Western Correctional Institution ("WCI"), a maximum-security Maryland Department of Public Safety and Correctional Services prison operated in Cumberland, Maryland in Allegheny.

3. Correctional Dietary Officers have a duty to further the legitimate purpose of WCI by ensuring that inmates follow the rules enacted for their health and safety and the health and safety of prison employees and the larger community, including, most importantly, the prohibition of criminal activity while incarcerated. **LOWERY** abused her position of trust as a sworn officer of DPSCS by engaging in illegal activities for the purposes of enriching herself. Specifically, **LOWERY** received bribes in exchange for bringing contraband into WCI,

-2-

including but not limited to Buprenorphine, Eutylone (a synthetic cathinone), and 5-Fluoro-MDMB-PICA (a synthetic cannabinoid) for WCI inmates.

4. On or about October 2, 2019, **LOWERY** failed a metal-detector scan while trying to enter WCI prior to her shift. **LOWERY** requested approval to return home and change clothes. Upon returning to work, she gave consent to law enforcement officers to search her vehicle. During the search, officers recovered 518 Buprenorphine packets, 18.513 grams of Eutylone, and 329.19 grams of 5-Fluoro-MDMB-PICA. In addition, officers recovered two unsigned letters and one envelope with an inmate as the return addressee.

5. On or around October 2, 2019, in the District of Maryland, the Defendant,

**MISTY DAWN LOWERY**

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of amount of Buprenorphine, a Schedule III controlled substances substance, Eutylone, a Schedule I controlled substances, and 5-Fluro-MDMB-PICA, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a).

21 U.S.C. § 841(a).

Date: 2/2/2023

Erek L. Barron
United States Attorney

SEAN DELANEY
Digitally signed by SEAN DELANEY
Date: 2023.01.31 09:25:00 -05'00'